**No. 65785.**—Lindsley Import & Export Company *v.* United States, protests 60/24166 and 60/24167 (Tampa).

Opinion by MOLLISON, J. In accordance with oral stipulation of counsel that the merchandise is similar in all material respects to that the subject of Abstract 64844, the claim of the plaintiff was sustained.